# EXHIBIT "B"

Bank of America

# Wealth & Investment Management
# Confidentiality Agreement

## Protection of Bank of America's Confidential Information and Employee and Customer Relationships

I acknowledge that Bank of America, National Association, its parents, subsidiaries affiliated entities (including Merrill Lynch, Pierce, Fenner & Smith Incorporated) and its Global Wealth & Investment Management business (together "the Company"), conduct a broad and evolving range of business operations that regularly utilize and rely on confidential information which is proprietary to its businesses. I also understand that in an effort to provide competitive business services and create and preserve customer goodwill, the Company has devoted considerable financial and personnel resources to safeguarding the confidentiality of this information, and requires its employees to acknowledge their personal responsibilities and fiduciary duties in this regard. Therefore, in consideration of my employment with the Company, and in consideration of the rights and benefits afforded to me in connection therewith, including but not limited to my compensation, I hereby agree as follows:

## Protection of Confidential, Proprietary and Trade Secret Information.

As an employee of the Company, I understand that I may obtain or have access to confidential, privileged or proprietary information of the Company and its clients or customers, which is not otherwise known to the general public. Such information includes, without limitation: non-public information concerning the Company's past, current or potential clients or customers, the identities, incomes, net worth, accounts, financial portfolios, contact information, personal and familial relationships, investments and/or other non-public information relating to the Company's existing clients and customers, current or prospective business plans, strategies, or products, computer programs, systems or databases, methods of operation, financial models, investments or other business transactions, policies, procedures, and/or personnel information, (hereinafter "Confidential Information and Trade Secrets"). Such Confidential Information and Trade Secrets also includes any non-public information disclosed to the Company by a client, customer or other third party which the Company has agreed or is otherwise obligated to treat as confidential. I understand that such Confidential Information and Trade Secrets is a valuable and unique asset of the Company, and provides the Company with a competitive advantage. I also understand that the Company has fiduciary obligations and obligations under state and federal law to protect the confidentiality of this information and that those obligations extend to me personally as an employee. I further acknowledge and agree that improper use or disclosure of such information would cause immediate and irreparable damage to the business of the Company.

I therefore agree that I will hold all such Confidential Information and Trade Secrets in strictest confidence and will use it only as necessary in the performance of my duties as an employee of the Company and only for the purposes intended by the Company. I further agree that I will not directly or indirectly, use, publish or otherwise disclose any aspect of such Confidential Information and Trade Secrets to any person or entity outside the Company without prior written permission by an authorized representative, and that my obligations with respect to such Confidential Information and Trade Secrets are continuing, even after my employment ends.

## Preservation of Confidential Information and Trade Secrets

I specifically understand and agree that all documents (including, without limitation, all files, reports, manuals, books and records, account information, customer names, addresses, account numbers, planners, holding book or customer book pages, financial statements, or any models, spreadsheets, computer programs, databases or customer lists created or modified for the Company's business purposes by an employee of the Company) related to the businesses of the Company and in my possession or to which I may have access as a result of my employment with the Company, (whether in written or electronic form), are and will remain the sole and exclusive property of the Company. I will not reproduce or appropriate for my own use, or for the use of others, any property of the Company. I further agree that upon my termination from the Company (for any reason whatsoever) and/or at any other time as

the Company shall request, I will deliver to the custody of whatever person the Company shall designate, all originals or copies of such documents or other tangible Confidential Information and Trade Secrets in my possession, including any electronic files which have come into my possession as a result of my employment with the Company, whether contained on Company owned electronic devices or equipment, or devices or equipment owned by me personally, and the Company has the right to inspect and remove from such devices or equipment any Company owned information.

## Preservation of Employment and Customer Relationships

To the fullest extent permitted by law, during my employment with the Company, and for twelve months after my termination (for whatever reason) I agree I will not directly or indirectly, on behalf of myself or any other person or entity, alone or in concert with or on behalf of others, solicit, encourage, influence, recruit or induce or attempt to solicit, encourage, influence, recruit or induce any employee of the Company to cease working for the Company, or otherwise interfere with the employment of any person employed by the Company to leave the employ of the Company, or otherwise interfere with the relationship between the Company and any of its employees.

I similarly agree that during my employment with the Company and for twelve months after my termination (for whatever reason) I will not directly or indirectly, alone or in concert with or on behalf of others, solicit, encourage, influence, invite or induce or attempt to solicit, encourage, influence, invite or induce any client or customer whom I served during my employment with the Company or whose name became known to me as a result of my access to the Company's Confidential Information and Trade Secrets for the purpose of: obtaining that client or customer's business for myself or any other person or entity, causing such client or customer to discontinue doing business with the Company, or otherwise interfering with the relationship between such clients or customers and the Company. I understand that the Company retains the sole discretion to waive or modify these restrictions, and may do so if in writing and signed by Senior Management of the Company.

"Solicit, encourage, influence, or induce" means that I will not, whether directly or indirectly, contact or communicate in any way whatsoever, for the express or implicit purpose of requesting a client, customer, or employee to cease doing business with or remaining employed by the Company, or to begin doing business with or taking employment with a competitive entity.

## Interpretation and Enforcement

Because my services are personal and unique and because I have access to and am or will be acquainted with Company Confidential Information and Trade Secrets, the provisions of this Confidentiality Agreement shall be enforceable by injunction, specific performance or other equitable relief, without bond and without prejudice to any other rights or remedies that the Company may have for breach of this Confidentiality Agreement. For purposes of this injunctive relief, I agree to submit to jurisdiction by the United States District Court or the state court for the judicial district or county where I was last employed by the Company, or any other court or arbitration forum of appropriate jurisdiction. If I am registered at the time of my termination of employment, FINRA (or its functional successor) is the only arbitration forum of appropriate jurisdiction.

Although nothing in this Confidentiality Agreement is intended or should be construed to violate any law, if any portion of this Confidentiality Agreement is adjudged to be unreasonable or unenforceable in any court or arbitration panel of competent jurisdiction, both I and the Company specifically agree that the time period, or scope of any limitation set forth herein shall be modified so that the provision is construed to be reasonable and enforceable and achieves the intent expressed, or the unenforceable provision shall be fully severable and shall not affect the validity or enforceability of any other provision herein. In the event of any dispute regarding this Confidentiality Agreement, it will be interpreted and enforced to the extent permitted by law under the laws of the State of New York.

By signing below I agree to abide by the terms and conditions set forth in this Confidentiality Agreement. I further acknowledge that this Confidentiality Agreement shall be effective as of the date signed and will supersede any inconsistent representations or promises I have made (whether verbal or in writing) regarding the subject matters addressed herein.

I acknowledge that I have executed or will execute the Bank of America Applicant Acknowledgement Form ("Acknowledgement Form"), which is incorporated herein by reference. To the extent any of the provisions in this Confidentiality Agreement, including but not limited to the confidentiality and non-solicitation requirements differ from the provisions contained in the Acknowledgement Form, I acknowledge and agree that I am bound by the more restrictive and company-protective provisions contained in this Confidentiality Agreement. For example, even though the Acknowledgement Form contains a six month restriction on the solicitation of customers, I am bound and must abide by the one-year non-solicitation obligation contained in this Confidentiality Agreement.

Any failure to enforce the breach of any covenant of this Agreement, or any similar agreement shall not constitute a waiver of the Company's right to future enforcement of that covenant, or any other provision in this Agreement or any other agreement.

This Confidentiality Agreement can only be modified in writing signed by an authorized representative of the Company.

**ACCEPTED AND AGREED**

**Signature** Emily Fletcher *Signed Electronically* **Date** 04/01/2011

Rev. 12/09