IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>ERIK BJERKE, JEFFREY CROWELL, CHAD PIGG FIFE, EMILY FLETCHER, BRITTANY HARTNETT, KEVIN HIGGINBOTHAM, JAMES KAUFMAN, JEFFREY NEUMEYER, STEVEN PREDILETTO, JOSEPH SACCO, MICHAEL SONTAG, ELIZABETH WHITE, OPENARC CORPORATE ADVISORY, LLC, DYNASTY FINANCIAL PARTNERS, LLC and CHARLES SCHWAB & CO., INC.<br><br>Defendants. | Civil Action File<br>No. 1:25-cv-05437-VMC |

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

COMES NOW Plaintiff, Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill"), and pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Rule 65, hereby files this Motion for Temporary Restraining Order and Preliminary Injunction, respectfully showing the Court as follows:

This action arises out of Defendants' pre-meditated corporate raid of Merrill's Global Corporate and Institutional Advisory Services ("GCIAS") business, based in Atlanta. Defendants have been collaborating to solicit and encourage Merrill's employees to leave the employ of Merrill, misappropriate Merrill's proprietary and trade secret information, and solicit Merrill's customers to transfer their business and accounts to Defendants.

Merrill requests immediate injunctive relief to stop the Defendants' unlawful conduct. Each of the elements necessary for such relief weighs in favor of this request. Specifically, Merrill is likely to succeed on the merits of its claims against Defendants for the reasons set forth in Merrill's Memorandum of Law, which is incorporated herein by reference. Merrill also is suffering, and will continue to suffer, irreparable harm to its business through the loss of its employees, its customers, and the taking of its confidential and proprietary information – all of which cannot be fully rectified absent injunctive relief. This harm to Merrill's business greatly outweighs any harm to Defendants in complying with Georgia law, including complying with their respective contractual agreements. Lastly, enjoining Defendants' misconduct will serve the public interest by preventing employee subterfuge, raiding, and unfair competition.

Accordingly, Merrill respectfully moves this Court for a Temporary Restraining Order and a Preliminary Injunction against Defendants, stating as follows:

1. Defendants are enjoined and restrained until a hearing and thereafter until further Order of this Court from, directly or indirectly, and whether alone or in concert with others:

   a) Soliciting or initiating contact or communication with, either directly or indirectly, any Merrill and/or Bank of America account, customer, client, prospect, lead, or referral, whom they serviced or whose name became known to them during their employment with Merrill;

   b) Soliciting or interfering with any of Merrill's employees, or encouraging or inducing them to leave Merrill's employ;

   c) Retaining any Merrill trade secrets or other proprietary/confidential Merrill information, customer information, or employee information (collectively, "Confidential Information"), whether in original, copied, handwritten, electronic, computerized, or other form;

   d) Using, disclosing, or transmitting the Confidential Information for any purpose, including the solicitation of customers or employees; and

   e) Destroying, erasing, or otherwise making unavailable for further proceedings in this matter, or in any arbitration proceeding between the

parties, any Confidential Information, or other documents (including data or information maintained in computer media) in Defendants' possession or control that were obtained from or contain information derived from any Merrill records or that otherwise relate to any of the events alleged in the Verified Complaint in this action, which is incorporated herein by reference.

2. Defendants, and anyone acting in concert or participation with Defendants, are further ordered to return any and all Confidential Information and other documents, whether in original, copied, handwritten, computerized form (including data or information maintained in computer media), or memorialized in any other form, to Merrill's counsel within twenty-four (24) hours of notice to Defendants or to their counsel of the terms of this Court's Order. Defendants, and anyone acting in concert with Defendants, are precluded from reconstituting or in any way restoring any Confidential Information deleted and/or returned to Merrill pursuant to this Paragraph;

3. The Court's Order shall remain in full force and effect until such time as either a FINRA arbitration panel renders a final decision on Merrill's request for permanent injunctive relief or this Court specifically orders otherwise;

4. Defendants be required to show cause why the temporary restraining order should not be converted into a preliminary injunction, at a hearing to be conducted on a date and time set by the Court.

Attached hereto as Exhibit "A" is a proposed Temporary Restraining Order.

Respectfully submitted, this 24th day of September, 2025.

/s/ Tala Amirfazli
Tala Amirfazli
Georgia Bar No. 523890
tamirfazli@burr.com
**BURR & FORMAN LLP**
1075 Peachtree Street NE,
Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

Rachael L. Carp (*pro hac vice* application forthcoming)
Christopher S. Koller (*pro hac vice* application forthcoming)
Benjamin S. Levine (*pro hac vice* application forthcoming)
**RUBIN, FORTUNATO & HARBISON P.C.**
1200 Liberty Ridge Drive,
Suite 220
Wayne, PA 19087
(610) 408-2010/2020/2057
ckoller@rubinfortunato.com
rcarp@rubinfortunato.com
blevine@rubinfortunato.com
*Counsel for Plaintiff Merrill Lynch, Pierce, Fenner & Smith Incorporated*

## CERTIFICATE OF COUNSEL

I hereby certify that the foregoing document has been computer processed with 14-point Times New Roman font in compliance with the United States District Court for the Northern District of Georgia Local Rule 5.1(C)

Respectfully submitted, this 24th day of September, 2025.

/s/ Tala Amirfazli
Tala Amirfazli
Georgia Bar No. 523890
tamirfazli@burr.com

**BURR & FORMAN LLP**
1075 Peachtree Street NE, Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2025, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record, with a courtesy copy to the following counsel for defendants presently known to the undersigned:

| | |
|---|---|
| Michael D. Bressan<br>mbressan@shumaker.com<br>Jarrod J. Malone<br>jmalone@shumaker.com<br>Michael S. Taaffe<br>mtaaffe@shumaker.com<br>Charles A. Wood, Jr.<br>cwood@shumaker.com<br>**SHUMAKER, LOOP &**<br>**KENDRICK, LLP**<br>240 South Pineapple Avenue, 9th Floor<br>Sarasota, FL 34236<br>P.O. Box 49948<br>Sarasota, FL 34230<br>*Counsel for certain Individual Defendant(s)* | Joseph Alonso<br>jalonso@alonsowirth.com<br>**ALONSO & WIRTH LAW, LLC**<br>1708 Peachtree St. NE, Suite 207<br>Atlanta, GA 30309<br>*Counsel for Emily Fletcher* |

*s/Tala Amirfazli*
Tala Amirfazli
Georgia Bar No. 523890
tamirfazli@burr.com
Attorney for Defendant
*Counsel for Plaintiff Merrill Lynch, Pierce, Fenner & Smith Incorporated*

7

**BURR & FORMAN, LLP**
1075 Peachtree Street NE, Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3000
Facsimile: (404) 817-3244