# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED,<br><br>    Plaintiffs,<br><br>v.<br><br>ERIK BJERKE, JEFFREY CROWELL, CHAD PIGG FIFE, EMILY FLETCHER, BRITTANY HARTNETT, KEVIN HIGGINBOTHAM, JAMES KAUFMAN, JEFFREY NEUMEYER, STEVEN PREDILETTO, JOSEPH SACCO, MICHAEL SONTAG, ELIZABETH WHITE, OPENARC CORPORATE ADVISORY, LLC, DYNASTY FINANCIAL PARTNERS, LLC and CHARLES SCHWAB & CO., INC.,<br><br>    Defendants. | Civil Action No.<br>1:25-cv-05437-VMC |

**ORDER**

On September 30, 2025 the Court held a hearing on Plaintiff Merrill Lynch, Pierce, Fenner & Smith Inc.'s ("Merrill") Motion for Temporary Restraining Order and Preliminary Injunction and Motion to Expedite Discovery and Order Preserving Evidence. For the reasons the Court gave on the record during the hearing, it is

**ORDERED** that Merrill's Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3) is **DENIED** for failure to meet the burden of persuasion to establish that the extraordinary remedy of a preliminary injunction

was necessary or appropriate. It is **FURTHER ORDERED** that Merrill's Motion to Expedite Discovery (Doc. 6) is **DENIED** for failure to demonstrate good cause.

Additionally, Defendants Erik Bjerke, Jeffrey Crowell, Chad Pigg Fife, Emily Fletcher, Brittany Hartnett, Kevin Higginbotham, James Kaufman, Jeffrey Neumeyer, Steven Prediletto, Joseph Sacco, Michael Sontag, Elizabeth White (collectively, "Individual Defendants") and OpenArc Corporate Advisory, LLC ("OpenArc"), (collectively with Individual Defendants, "Defendants") filed a Motion to Stay and Compel Arbitration by a Date Certain. During the hearing, Plaintiff and Defendants, including Defendants Dynasty Financial Partners, LLC and Charles Schwab & Co., Inc., agreed that this matter is properly before the Financial Industry Regulatory Authority ("FINRA"). In addition, all parties agreed that it is important for the present dispute to be before FINRA as soon as possible. The Court agrees and finds that FINRA arbitration is the proper forum for this matter. As such, Defendants' Motion to Compel (Doc. 27) is **GRANTED** as unopposed. This action is **STAYED** as to all parties pending completion of those arbitration proceedings. The parties are **DIRECTED** to notify the Court within seven (7) days of the arbitration's completion or if the case is otherwise resolved.

**SO ORDERED** this 1st day of October, 2025.

_____
Victoria Marie Calvert
United States District Judge