# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED<br><br>Plaintiff,<br><br>v.<br><br>ERIK BJERKE, JEFFREY CROWELL, CHAD PIGG FIFE, EMILY FLETCHER, BRITTANY HARTNETT, KEVIN HIGGINBOTHAM, JAMES KAUFMAN, JEFFREY NEUMEYER, STEVEN PREDILETTO, JOSEPH SACCO, MICHAEL SONTAG, ELIZABETH WHITE, OPENARC CORPORATE ADVISORY, LLC, DYNASTY FINANCIAL PARTNERS, LLC and CHARLES SCHWAB & CO., INC.<br><br>Defendants. | Civil Action No.<br>1:25-cv-05437-VMC |

## ORDER GRANTING CONSENT MOTION
## TO EXTEND TIME TO RESPOND TO MOTION

Having considered Defendant Dynasty Financial Partners, LLC's Consent Motion for Extension of Time to File Defendant Dynasty Financial Partners, LLC's Response to Plaintiff's Motion to Lift the Stay as to Dynasty Or, In the Alternative, Enforce the Court's Order Compelling Arbitration [Dkt. No. 60], and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. Defendant Dynasty Financial Partners, LLC shall file its response to the motion by March 12, 2026.

Signed this 23rd day of February, 2026.

                                                    _____
The Honorable Victoria M. Calvert
Judge, United States District Court
Northern District of Georgia